UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

**FILED**

January 26, 2017

CLERK, US DISTRICT COURT
EASTERN DISTRICT OF
CALIFORNIA

DEPUTY CLERK

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) |
| v. | ) |
| ZACHERY J. BASTIEN, | ) |
| Defendant. | ) |

CASE NUMBER: 2:16-cr-002146-GEB
2:16-cr-00224-JAM
2:16-cr-00225-TLN
2:16-cr-00235-GEB

ORDER FOR RELEASE
OF PERSON IN CUSTODY

TO:   UNITED STATES MARSHAL:

This is to authorize and direct you to release <u>Zachery J. Bastien</u>; Case <u>2:16-cr-00224-JAM</u> from custody and for the following reasons:

      —   Release on Personal Recognizance

      —   Bail Posted in the Sum of _____

      <u>X</u>   Unsecured Appearance Bond in the amount of <u>$25,000</u>, cosigned by

        Ravel Buckley

      —   Appearance Bond with 10% Deposit

      —   Appearance Bond secured by Real Property

      —   Corporate Surety Bail Bond

      <u>X</u>   (Other) <u>Pretrial Supervision/Conditions</u>

Issued at <u>Sacramento, CA</u> on _____<u>1/26/2017</u>_____ at 2:15 p.m

By _____

Kendall J. Newman
United States Magistrate Judge