1  PHILLIP A. TALBERT
   United States Attorney
2  SAMUEL WONG
   KEVIN KHASIGIAN
3  Assistant United States Attorneys
   501 I Street, Suite 10-100
4  Sacramento, CA 95814
   Telephone: (916) 554-2772
5

6  Attorneys for plaintiff
   United States of America
7

8                    IN THE UNITED STATES DISTRICT COURT

9                       EASTERN DISTRICT OF CALIFORNIA

10

11 | UNITED STATES OF AMERICA,           | CASE NO. 2:16-CR-235-GEB
12 |         Plaintiff,                  | **STIPULATION AND ORDER CONTINUING STATUS CONFERENCE AND EXCLUDING TIME UNDER THE SPEEDY TRIAL ACT**
13 |              v.                     |
14 | ZACHERY JOSEPH BASTIEN,             |
15 |         Defendant.                  | Date: February 24, 2017
                                          | Time: 9:00 a.m.
16                                        | Court: Hon. Garland E. Burrell, Jr.

17         It is hereby stipulated and agreed by and between plaintiff United States of America, on

18 the one hand, and defendant Zachery Joseph Bastien, on the other hand, through their respective

19 attorneys, that the presently set February 24. 2017, at 9:00 a.m., status conference hearing shall

20 be continued by the Court to May 5, 2017, at 9:00 a.m., to:  (1) allow Bastien time to obtain new

21 counsel to replace existing counsel, Thomas Johnson, Esq.; (2) allow new counsel for Bastien to

22 request discovery, which the United States stands ready to produce; and (3) allow new counsel for

23 Bastien to review discovery, conduct defense counsel's independent investigation into the facts and

24 applicable law to prepare Bastien's defense.  Bastien's present counsel, Mr. Johnson, has

25 communicated with Bastien and Bastien's anticipated new counsel, Todd Leras, Esq, and Bastien and

26 Mr. Leras have no objection to the instant stipulation and proposed order.

27         The parties agree and request that the Court find that the failure to grant this requested

28 continuance would deny Bastien continuity of counsel and his new defense counsel reasonable time

                                         1
STIPULATION & ORDER CONTINUING TCH

1 necessary for effective preparation, taking into account the exercise of due diligence.  The parties
2 further agree and request that the Court find that the ends of justice served by continuing the case as
3 requested outweigh the best interests of the public and the defendant in a trial in a speedy trial.
4       The parties further agree and request that the Court order for the purpose of computing time
5 under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which the trial of this case must
6 commence, the time period from the date of this stipulation, February 21, 2017, to and including the
7 May 5, 2017, status conference hearing, shall be excluded pursuant to 18 U.S.C. § 3161(h)(7)(A) and
8 B(iv) and Local Code T4 to allow Bastien continuity of counsel and his new defense counsel time to
9 prepare his defense.

Dated:  February 21, 2017          */s/ Thomas Johnson*
                                                           _____
                                                           THOMAS JOHNSON
                                                           Attorney for defendant
                                                           Zachery Joseph Bastien
                                                           (Per email authorization)

Dated:  February 21, 2017          PHILLIP A. TALBERT
                                                           United States Attorney

                                                           */s/ Samuel Wong*
                                         By:   _____
                                                           SAMUEL WONG
                                                           KEVIN KHASIGIAN
                                                          Assistant U.S. Attorneys

**ORDER**

The Court, having received, read, and considered the stipulation of the parties, and good cause appearing therefrom, adopts the stipulation of the parties in its entirety as its Order. It is hereby ORDERED that the presently set February 24, 2017, at 9:00 a.m., status conference hearing shall be continued to May 5, 2017, at 9:00 a.m.

Based on the representations of the parties in their stipulation, the Court finds that the failure to grant this requested continuance would deny Bastien continuity of counsel and his new defense counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence. The Court hereby orders that for the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which the trial of this case must commence, the time period from the date of this stipulation, February 21, 2017, to and including the May 5, 2017, status conference hearing, shall be excluded pursuant to 18 U.S.C. § 3161(h)(7)(A) and B(iv) and Local Code T4 to allow Bastien continuity of counsel and his defense counsel time to prepare his defense.

IT IS SO ORDERED.

Dated: February 21, 2017

_____
GARLAND E. BURRELL, JR.
Senior United States District Judge

STIPULATION & ORDER CONTINUING STATUS
CONFERENCE AND EXCLUDING TIME            3