PHILLIP A. TALBERT
United States Attorney
SAMUEL WONG
KEVIN KHASIGIAN
Assistant United States Attorneys
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2772

Attorneys for plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>ZACHERY JOSEPH BASTIEN,<br><br>Defendant. | CASE NO. 2:16-CR-235-GEB<br><br>**STIPULATION AND ORDER CONTINUING STATUS CONFERENCE AND EXCLUDING TIME UNDER THE SPEEDY TRIAL ACT**<br><br>Date: May 5, 2017<br>Time: 9:00 a.m.<br>Court: Hon. Garland E. Burrell, Jr. |

It is hereby stipulated and agreed by and between plaintiff United States of America, on the one hand, and defendant Zachery Joseph Bastien, on the other hand, through their respective attorneys, that the presently set May 5, 2017, at 9:00 a.m., status conference hearing shall be continued by the Court to June 16, 2017, at 9:00 a.m., to: allow Todd Leras, Esq., Bastien's new attorney, who recently entered this case on April 7, 2017, time to review discovery (which he requested and received within approximately the last week from the United States), conduct his independent investigation into the facts and applicable law, interview witnesses, discuss with his client potential pretrial resolution, and otherwise prepare Bastien's defense.

The parties agree and request that the Court find that: (1) the failure to grant this requested continuance would deny Bastien's counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence; and (2) the ends of justice served by continuing the

1
STIPULATION & ORDER CONTINUING STATUS
CONFERENCE AND EXCLUDING TIME

case as requested outweigh the best interests of the public and the defendant in a trial in a speedy trial.

The parties further agree and request that the Court order for the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which the trial of this case must commence, the time period from the date of this stipulation, May 2, 2017, to and including the June 16, 2017, status conference hearing, shall be excluded pursuant to 18 U.S.C. § 3161(h)(7)(A) and B(iv) and Local Code T4 to allow Bastien's counsel reasonable time necessary for effective preparation of his client's defense.

Dated:  May 2, 2017                    */s/ Todd Leras*
                                       _____
                                       TODD LERAS
                                       Attorney for defendant
                                       Zachery Joseph Bastien
                                       (Per email authorization)

Dated:  May 2, 2017                    PHILLIP A. TALBERT
                                       United States Attorney

                                       */s/ Samuel Wong*
                                By:    _____
                                       SAMUEL WONG
                                       KEVIN KHASIGIAN
                                       Assistant United States Attorneys

**ORDER**

The Court, having received, read, and considered the stipulation of the parties, and good cause appearing therefrom, adopts the stipulation of the parties in its entirety as its Order. It is hereby ORDERED that the presently set May 5, 2017, at 9:00 a.m., status conference hearing shall be continued to June 16, 2017, at 9:00 a.m.

Based on the representations of the parties in their stipulation, the Court finds that: (1) the failure to grant this requested continuance would deny counsel for defendant Zachery Joseph Bastien reasonable time necessary for effective preparation, taking into account the exercise of due diligence; and (2) the ends of justice served by continuing the case as requested outweigh the best interests of the public and the defendant in a trial in a speedy trial.

The Court hereby orders that for the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which the trial of this case must commence, the time period from the date of this stipulation, May 2, 2017, to and including the June 16, 2017, status conference hearing, shall be excluded pursuant to 18 U.S.C. § 3161(h)(7)(A) and B(iv) and Local Code T4 to allow counsel for defendant Bastien reasonable time necessary for effective preparation of his client's defense.

IT IS SO ORDERED.

Dated: May 3, 2017

_____
GARLAND E. BURRELL, JR.
Senior United States District Judge

STIPULATION & ORDER CONTINUING STATUS
CONFERENCE AND EXCLUDING TIME       3