PHILLIP A. TALBERT
United States Attorney
SAMUEL WONG
KEVIN KHASIGIAN
Assistant United States Attorneys
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2772

Attorneys for plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. 2:16-CR-235-GEB |
|---|---|
| Plaintiff, | **STIPULATION AND ORDER CONTINUING STATUS CONFERENCE AND EXCLUDING TIME UNDER THE SPEEDY TRIAL ACT** |
| v. | |
| ZACHERY JOSEPH BASTIEN, | |
| Defendants. | Date: June 16, 2017<br>Time: 9:00 a.m.<br>Court: Hon. Garland E. Burrell, Jr. |

It is hereby stipulated and agreed by and between plaintiff United States of America, on the one hand, and defendant Zachery Joseph Bastien, on the other hand, through their respective attorneys, that the presently set June 16, 2017, at 9:00 a.m., status conference hearing shall be continued by the Court to September 15, 2017, at 9:00 a.m., to allow defense counsel to review discovery produced by the United States, conduct counsel's independent investigation into the facts and applicable law, interview witnesses, discuss with counsel's client potential pretrial resolution, and otherwise prepare client's defense.

The parties agree and request the Court find that: (1) the failure to grant this requested continuance would deny defense counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence; and (2) the ends of justice served by continuing the case as requested outweigh the best interests of the public and the defendant in a speedy trial.

The parties further agree and request that the Court order for the purpose of computing time

under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which the trial of this case must commence, the time period from the date of this stipulation, June 12, 2017, to and including the September 15, 2017, status conference hearing, shall be excluded pursuant to 18 U.S.C. § 3161(h)(7)(A) and B(iv) and Local Code T4 to allow defense counsel reasonable time to prepare his client's defenses.

Dated:  June 12, 2017        */s/ Todd Leras*

TODD LERAS
Attorney for defendant
Zachery Joseph Bastien
(Per email authorization)

Dated:  June 12, 2017        PHILLIP A. TALBERT
United States Attorney

*/s/ Samuel Wong*
By:
SAMUEL WONG
KEVIN KHASIGIAN
Assistant United States Attorneys

STIPULATION & ORDER CONTINUING STATUS
CONFERENCE AND EXCLUDING TIME        2

**ORDER**

The Court, having received, read, and considered the stipulation of the parties, and good cause appearing therefrom, adopts the stipulation of the parties in its entirety as its Order. It is hereby ORDERED that the presently set June 16, 2017, at 9:00 a.m., status conference hearing shall be continued to September 15, 2017, at 9:00 a.m.

Based on the representations of the parties in their stipulation, the Court finds that: (1) the failure to grant this requested continuance would deny defense counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence; and (2) the ends of justice served by continuing the case as requested outweigh the best interests of the public and the defendant in a speedy trial.

The Court hereby orders that for the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which the trial of this case must commence, the time period from the date of this stipulation, June 12, 2017, to and including the September 15, 2017, status conference hearing, shall be excluded pursuant to 18 U.S.C. § 3161(h)(7)(A) and B(iv) and Local Code T4 to allow defense counsel reasonable time necessary to prepare his client's defenses.

IT IS SO ORDERED.

Dated: June 13, 2017

_____
GARLAND E. BURRELL, JR.
Senior United States District Judge