LAW OFFICE OF TODD D. LERAS
Todd D. Leras, CA SBN 145666
455 Capitol Mall, Suite 802
Sacramento, CA 95814
Telephone: (916) 504-3933

Attorney for Defendant
ZACHERY BASTIEN

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 2:16-CR-235 GEB |
| Plaintiff, | **STIPULATION AND ORDER VACATING PRE-TRIAL MOTION HEARING DATE** |
| v. | |
| ZACHERY JOSEPH BASTIEN, | Date: April 26, 2019 |
| Defendant. | Time: 9:00 a.m. |
| | Court: Hon. Garland E. Burrell, Jr. |

It is hereby stipulated by the parties as follows:

1. This matter is presently set for a Hearing on Pre-Trial Motions on April 26, 2019. It is further set for a Trial Confirmation Hearing on May 3, 2019, at 9:00 a.m., followed by a Jury Trial scheduled to commence on June 25, 2019.

2. There are presently no pre-trial motions filed or pending. The parties therefore request to vacate the Motion Hearing Date set for April 26, 2019.

/ / /

/ / /

/ / /

STIPULATION & ORDER CONTINUING TCH

1

3. The Trial Confirmation Hearing and Jury Trial Date shall remain as set. An order excluding time under the Speedy Trial Act for attorney preparation, up to and including the June 25, 2019 trial date, has previously been entered at a Status Conference held on August 31, 2018.

Assistant U.S. Attorney Kevin Khasigian authorized Attorney Todd D. Leras via email to sign this stipulation on his behalf.

Dated: April 24, 2019  */s/ Todd Leras*
_____
TODD LERAS
Attorney for defendant
ZACHERY BASTIEN

Dated: April 24, 2019  MCGREGOR W. SCOTT
United States Attorney

By:  */s/ Kevin Khasigian*
_____
KEVIN KHASIGIAN
Assistant United States Attorney
(Per email authorization)

STIPULATION & ORDER VACATING
PRE-TRIAL MOTION HEARING DATE        1

**ORDER**

The Court, having received, read, and considered the stipulation of the parties, orders that the Pre-Trial Motion Hearing set for April 26, 2019 is vacated. The Trial Confirmation Hearing on May 3, 2019, and the Jury Trial scheduled to commence June 25, 2019, remain as scheduled.

IT IS SO ORDERED.

Dated: April 25, 2019

_____
GARLAND E. BURRELL, JR.
Senior United States District Judge