1  MCGREGOR W. SCOTT
   United States Attorney
2  SAMUEL WONG
   KEVIN KHASIGIAN
3  Assistant United States Attorneys
   501 I Street, Suite 10-100
4  Sacramento, CA 95814
   Telephone: (916) 554-2772
5  Facsimile: (916) 554-2900

6
   Attorneys for Plaintiff
7  United States of America

8                    IN THE UNITED STATES DISTRICT COURT

9                      EASTERN DISTRICT OF CALIFORNIA

10

11 UNITED STATES OF AMERICA,              CASE NO. 2:16-CR-00235-GEB

12                                        STIPULATION AND ORDER CONTINUING
                        Plaintiff,        TRIAL CONFIRMATION AND TRIAL DATES,
13                                         AND EXCLUDING TIME UNDER THE SPEEDY
                        v.                TRIAL ACT
14
   ZACHERY JOSEPH BASTIEN,                Court: Hon. Garland E. Burrell, Jr.
15
16                      Defendant.

17

18        Whereas, the United States believes there is a reasonable possibility that in the next few weeks it

19 will obtain the cooperation of one or more witnesses with information relevant to this case, and, as a

20 consequence, the United States will be producing additional discovery of approximately 800 pages of

21 discovery to each defendant in connection with related cases, Nos. 2:16-CR-216 GEB, 2:16-CR-224

22 GEB, 2:16-CR-225 GEB, and 2:16-CR-235 GEB that are all currently set for a joint trial;

23        Whereas, defense counsel desires additional time after counsel's review and investigation of the

24 new discovery provided by the United States to aid in the preparation of his/her respective client's

25 defense and otherwise advise the client on the ramifications of accepting or rejecting any plea offer

26 made to the client.

27

28                                            1
   STIPULATION AND ORDER CONTINUING
   TCH AND TRIAL DATES

1    Whereas, there are currently four defendants remaining who are scheduled for trial in this case,
2 although the number of defendants who actually proceed to trial may change; and

3    Whereas, the criminal conspiratorial acts charged in the Indictments in each of the four related
4 case are alleged to have taken place in multiple counties and multiple federal judicial districts, and are
5 alleged to involve approximately 255 banking transactions. The United States anticipates relying on
6 several hundred exhibits at trial.

7    It is hereby stipulated and agreed by and between plaintiff United States of America, on the one
8 hand, and defendant Zachery Joseph Bastien, on the other hand, through their respective attorneys, that:

9    (1)    the presently set May 3, 2019, trial confirmation hearing shall be continued to December
10 6, 2019, at 9:00 a.m.;

11    (2)    the presently set June 25, 2019, trial date shall be continued to January 21, 2020;

12    (3)    the Court shall find that this case is unusual and complex, as related to the other three
13 cases, due to the number of defendants (four), and the nature of the prosecution (as described above) that
14 it is unreasonable to expect adequate preparation for pretrial proceedings or for the trial itself within the
15 time limits established by 18 U.S.C. § 3161;

16    (4)    the Court shall find that the denial of the requested continuance would deny counsel for
17 each defendant the reasonable time necessary for effective preparation, taking into account the exercise
18 of due diligence;

19    (5)    the Court shall find that the ends of justice served by the granting of such continuance
20 outweigh the best interests of the public and the defendant in a speedy trial;

21    (6)    the Court shall set a status conference date of May 17, 2019, at 9:00 a.m. for defendant
22 Zachery Joseph Bastien for a possible change of plea; and

23 ///

24 ////

25 ///

26

27

28
                                                    2
STIPULATION AND ORDER CONTINUING
TCH AND TRIAL DATES

1    (7)    pursuant to 18 U.S.C. § 3161(h)(7)(A) and (B)(ii) and (iv) and Local Codes T2 and T4,

2  the Court shall exclude time from the date of the parties' stipulation, May 1, 2019, until the proposed

3  January 21, 2020, trial date from computation of time within which the trial of this matter must be

4  commenced to allow defense counsel time to prepare his client's defense,.

5
   DATED:  May 1, 2019                           MCGREGOR W. SCOTT
6                                                United States Attorney

7                                                */s/ Samuel Wong*
                                         By:
8                                                SAMUEL WONG
                                                 Assistant United States Attorney
9

10  DATED:  May 1, 2019

11                                               */s/ Todd Leras*
                                         By:
12                                               TODD LERAS
                                                 Attorney for defendant
13                                               Zachery Joseph Bastien

14

15                          -------------------------------------------------

16

17

18

19

20

21

22

23

24

25

26

27

28                                              3
    STIPULATION AND ORDER CONTINUING
    TCH AND TRIAL DATES

ORDER

Pursuant to stipulation of respective counsel for the parties, and good cause appearing therefrom, the Court adopts the stipulation of the parties in its entirety as its ORDER.

The Court hereby finds that:

(1)    the case, as related to the other three cases, is unusual and complex due to the number of defendants (four) and the nature of the prosecution (as described above) that it is unreasonable to expect adequate preparation for pretrial proceedings or for the trial itself within the time limits established by 18 U.S.C. § 3161;

(2)    the denial of the requested continuance would deny counsel for defendant the reasonable time necessary for effective preparation, taking into account the exercise of due diligence; and

(3)    the ends of justice served by the granting of such continuance outweigh the best interests of the public and the defendant in a speedy trial.

Therefore, it is hereby ORDERED that:

(1)    the presently set May 3, 2019, trial confirmation hearing shall be continued to December 6, 2019, at 9:00 a.m.;

(2)    the presently set June 25, 2019, trial date shall be continued to January 21, 2020;

(3)    the Court shall conduct a status conference on May 17, 2019, at 9:00 a.m. for defendant Zachery Joseph Bastien only for a possible change of plea; and

(4)    pursuant to 18 U.S.C. § 3161(h)(7)(A) and (B)(ii) and (iv) and Local Codes T2 and T4, time is excluded from the date of the parties' stipulation, May 1, 2019, until the proposed January 21, 2020, trial date from computation of time within which the trial of this matter must be commenced to allow defense counsel time to prepare his client's defense.

Dated:  May 2, 2019

_____
GARLAND E. BURRELL, JR.
Senior United States District Judge

4

STIPULATION AND ORDER CONTINUING
TCH AND TRIAL DATES