| | |
|---|---|
| 1 | LAW OFFICE OF TODD D. LERAS |
| 2 | Todd D. Leras, CA SBN 145666 |
|   | 455 Capitol Mall, Suite 802 |
| 3 | Sacramento, California 95814 |
|   | (916) 504-3933 |
| 4 | toddleras@gmail.com |
|   | Attorney for Defendant |
| 5 | ZACHERY BASTIEN |

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.: 2:16-cr-235 GEB |
| Plaintiff, | |
| vs. | STIPULATION AND [~~PROPOSED~~] ORDER MODIFYING DEFENDANT'S SPECIAL CONDITIONS OF RELEASE |
| ZACHERY JOSEPH BASTIEN, | |
| Defendant. | |

Defendant Zachery Bastien is presently on pre-trial release subject to special and general conditions. He is charged with structuring monetary transactions or conspiracy to structure monetary transactions (18 U.S.C. § 371 and 31 U.S.C. § 5313(a)) in four separate Indictments pending jury trial, in January 2020, before United States District Judge Garland E. Burrell, Jr.

The parties to this action, Plaintiff United States of America by and through Assistant United States Attorney Kevin Khasigian, and Defendant Zachery Bastien by and through his

ORDER MODIFYING PRE-TRIAL
RELEASE CONDITIONS

attorney Todd D. Leras, stipulate as follows:

1. During an Initial Appearance and Arraignment, held on January 26, 2017, United States Magistrate Judge Kendall J. Newman ordered Mr. Bastien released on a $25,000 unsecured bond (ECF Entry 4). The release order included various special conditions of release, including drug and/or alcohol testing as directed by Mr. Bastien's pre-trial services officer (Special Condition 9 – ECF Entry 7).

2. Pre-Trial Services Officer Steve Sheehan contacted the parties via email on June 12, 2019, indicating that Mr. Bastien has consistently tested negative during the past two and one-half years. Officer Sheehan suggested the parties consider requesting removal of the drug/alcohol testing condition. Mr. Bastien has complied with all other release conditions.

3. The government has no objection to removal of the drug and/or alcohol testing condition provided that all other conditions of release remain in full force and effect.

The parties therefore request modification of Mr. Bastien's Special Conditions of Release to eliminate Special Condition 9 (drug and/or alcohol testing). All other special and general conditions of the Release Order signed by Magistrate Judge Newman on January 26, 2017 remain in full force and effect. Assistant U.S. Attorney Kevin Khasigian has reviewed this Stipulation and Proposed Order and has authorized via email Todd D. Leras to sign it on his behalf.

DATED: June 12, 2019

By  */s/ Todd D. Leras for*
    KEVIN KHASIGIAN
    Assistant United States Attorney

ORDER MODIFYING PRE-TRIAL
RELEASE CONDITIONS

DATED: June 12, 2019

By  */s/ Todd D. Leras*
TODD D. LERAS
Attorney for Defendant
ZACHERY BASTIEN

## ORDER

BASED ON THE REPRESENTATIONS AND STIPULATION OF THE PARTIES, it is hereby ordered that Special Condition of Release 9 (drug and/or alcohol testing) be eliminated. All other general and special conditions of release imposed by this Court on January 26, 2017 remain in full force and effect.

IT IS SO ORDERED.

DATED: June 13, 2019

HONORABLE EDMUND F. BRENNAN
CHIEF UNITED STATES MAGISTRATE JUDGE

ORDER MODIFYING PRE-TRIAL
RELEASE CONDITIONS