LAW OFFICE OF TODD D. LERAS
Todd D. Leras, CA SBN 145666
455 Capitol Mall, Suite 802
Sacramento, California 95814
(916) 504-3933
toddleras@gmail.com
Attorney for Defendant
ZACHERY BASTIEN

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>  Plaintiff,<br><br>vs.<br><br>ZACHERY JOSEPH BASTIEN,<br><br>  Defendant. | Case No.: 2:16-cr-235 MCE<br><br>STIPULATION AND ORDER MODIFYING DEFENDANT'S SPECIAL CONDITIONS OF RELEASE |

     Defendant Zachery Bastien is presently pending a Sentencing Hearing, set for November 18, 2021, before Senior United States District Judge Morrison C. England, Jr.  The case involves four separately charged conspiracies to structure monetary transactions (Case Numbers 2:16-cr-216 MCE, 2:16-cr-224 MCE, 2:16-cr-225 MCE, and 2:16-cr-235 MCE).  Defendant remains on release following resolution of his matters under the same special and general conditions applicable to his pretrial release.

ORDER MODIFYING PRE-TRIAL
RELEASE CONDITIONS

The parties to this action, Plaintiff United States of America by and through Assistant United States Attorney Kevin Khasigian, and Defendant Zachery Bastien by and through his attorney Todd D. Leras, stipulate as follows:

1. During an Initial Appearance and Arraignment, held on January 26, 2017, United States Magistrate Judge Kendall J. Newman ordered Mr. Bastien released on a $25,000 unsecured bond (ECF Entry 4). The release order included various special conditions of release, including a travel restriction requiring pre-approval by his pretrial services officer for any travel outside the Eastern District of California (Special Condition 4 – ECF Entry 7).

2. Deputy Chief Pretrial Services Officer Beth Wetteland contacted the parties via email on August 4, 2021, indicating that Mr. Bastien continues to comply with his supervision conditions and that he had recently accepted a position as a State of California Disaster Assistance Specialist. The new position will require Mr. Bastien to respond to emergency calls throughout California. Officer Wetteland suggested the parties consider modifying the travel restriction to require pretrial services officer pre-approval for any travel outside the State of California.

3. The government has no objection to modification of the travel restriction condition provided that all other conditions of release remain in full force and effect.

The parties therefore request modification of Mr. Bastien's Special Conditions of Release to modify Special Condition 4 as follows: "You must restrict your travel to the State of California unless otherwise approve in advance by the pretrial services officer." All other special and general conditions remain in full force and effect. Assistant U.S. Attorney Kevin

ORDER MODIFYING PRE-TRIAL
RELEASE CONDITIONS

Khasigian has reviewed this Stipulation and Proposed Order and has authorized Todd D. Leras (via email) to sign it on his behalf.

DATED: August 25, 2021

By  */s/ Todd D. Leras for*
KEVIN KHASIGIAN
Assistant United States Attorney

DATED: August 23, 2021

By  */s/ Todd D. Leras*
TODD D. LERAS
Attorney for Defendant
ZACHERY BASTIEN

ORDER MODIFYING PRE-TRIAL RELEASE CONDITIONS

**ORDER**

BASED ON THE REPRESENTATIONS AND STIPULATION OF THE PARTIES, it is hereby ordered that Special Condition of Release 4 (travel restriction) be modified as follows: "You must restrict your travel to the State of California unless otherwise approved in advance by the pretrial services officer." All other general and special conditions of release imposed by this Court remain in full force and effect.

IT IS SO ORDERED.

Dated: August 25, 2021

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

ORDER MODIFYING PRE-TRIAL
RELEASE CONDITIONS